UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 OCT 12 AM 9:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>JAVIER BAEZA-CASTRO,<br><br>                    Defendant. | CASE NO. 10CR3110-JAH<br><br>JUDGMENT OF DISMISSAL |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: __8:1326(a) and (b)__

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/30/10

                                          _____
                                          JAN M. ADLER
                                          UNITED STATES MAGISTRATE JUDGE